IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:04-CR-0124 |
| : | |
| v. : | (Judge Conner) |
| : | |
| **DAVID ESSEX** : | |

### ORDER

AND NOW, this 30th day of June, 2006, upon consideration of defendant's motion to correct the presentence report (Doc. 107), requesting that the court order the Probation Office to remove any mention of dangerous weapons from the presentence report and to forward the corrected presentence report to the Bureau of Prisons, and it appearing that, during sentencing on February 28, 2005, the court sustained defendant's objection to an enhancement for possession of a dangerous weapon under § 2D1.1(b)(1) of the U.S. Sentencing Guidelines, but that the court did not order the Probation Office to delete all references to dangerous weapons from the presentence report (see Doc. 107 at 6),[1] and it further appearing that the Bureau of Prisons was already informed that the enhancement under § 2D1.1(b)(1) does not apply,[2] it is hereby ORDERED that the motion to correct the presentence report (Doc. 107) is DENIED.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Despite defense counsel's indication that defendant wanted clarification that the dangerous weapon enhancement would be deleted, the court merely clarified that it was sustaining defendant's objection to the enhancement. (See Doc. 107 at 6.)

[2] The Statement of Reasons provided to the Bureau of Prisons clearly states that the enhancement under § 2D1.1(b)(1) does not apply.